IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sellers, Drina Y

Printed: 5/20/08

Case Number: 08 B 00837
Judge: Wedoff, Eugene R

Filed: 1/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,616.00 |  |
| Secured: |  | 960.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 562.12 |
| Trustee Fee: |  | 93.88 |
| Other Funds: |  | 0.00 |
| Totals: | 1,616.00 | 1,616.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,506.33 | 562.12 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 10,910.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 19,855.00 | 960.00 |
| 5. | Cook County Treasurer | Secured | 1,090.49 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 27.93 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 27.17 | 0.00 |
| 8. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 9. | Credit Bureau Of Hutchinson Inc | Unsecured |  | No Claim Filed |
| 10. | Financial Recovery | Unsecured |  | No Claim Filed |
| 11. | City Of Markham | Unsecured |  | No Claim Filed |
| 12. | First Revenue Assurance | Unsecured |  | No Claim Filed |
| 13. | Harris & Harris | Unsecured |  | No Claim Filed |
| 14. | Tribute | Unsecured |  | No Claim Filed |
| 15. | J C Christensen & Assoc | Unsecured |  | No Claim Filed |
| 16. | Sprint | Unsecured |  | No Claim Filed |
| 17. | Universal Fidelity Corp | Unsecured |  | No Claim Filed |
| 18. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 35,416.92 | $ 1,522.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 54.80 |
| 6.5% | 39.08 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sellers, Drina Y

Printed:  5/20/08

Case Number:  08 B 00837
Judge:  Wedoff, Eugene R
Filed:  1/15/08

_____
$ 93.88

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

